IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
____SOUTHERN____ DIVISION
No. _7:23-cv-00022-D-KS_

Stephen M. Williams, Moses R. Jenkins, Jr., on behalf of themselves and all others similarly situated )
)
Plaintiff, )
)
v. )
)
UNITED STATES OF AMERICA, )
)
Defendant. )

**MOTION FOR ADMISSION PRO HAC VICE and AFFIDAVIT**

___Blake G. Abbott___ ("Local Counsel"), a member in good standing with the Bar of the United States District Court for the Eastern District of North Carolina ("EDNC"), moves for the admission of ___Roy T. Willey, IV___ ("Applicant"), who seeks permission to represent ___Stephen M. Williams, Moses R. Jenkins, Jr and the members of the proposed class___ ("Client") in this above-captioned Camp LeJeune Justice Act case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or Territory where Applicant regularly practices law, which is ___South Carolina___.

2. Applicant practices under the name of or as a member of the following firm:

Firm name: _Poulin | Willey | Anastopoulo, LLC_

Mailing Address: _32 Ann Street_

City / State / Zip: _Charleston, SC 29403_

Telephone Number: _803-222-2222_  Facsimile Number: _843-494-5536_

Email Address (required): _roy@akimlawfirm.com_

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions: __See attached__

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission pro hac vice in this or any other jurisdiction or had pro hac vice admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, Applicant must attach a separate explanation including particular information disclosing the disciplinary history or denial of admission.

5. Applicant certifies that the client requested Applicant to represent s/he in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the EDNC, including the Local Rules of the EDNC, and amenable to the disciplinary action of the civil jurisdiction of the EDNC in all respects as if Applicant were a regularly admitted and licensed member of the Bar of this court.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the EDNC.

8. The required $100 fee for admission pro hac vice in this case is being submitted with the filing of this motion.

9. Applicant consents to electronic notification and is a registered CM/ECF filer in the EDNC or will submit an Electronic Filing Attorney Registration Form within seven days if this motion is granted.

2

By signing this Motion, we so certify.

This, the __22__ day of __May__, 20_23_

_____          _____
Local Counsel                                                  Applicant

Attorney Name: Blake G. Abbott
Bar Number: 57190
Firm Name: Poulin | Willey | Anasopoulo, LLC
Firm Address: 32 Ann Street
Firm City/State/Zip: Charleston, SC 29403
Telephone Number: 803-222-2222
Fax Number: 843-494-5536
Email Address: blake@akimlawfirm.com

3

# Bar Admissions for Roy T. Willey, IV

| Federal Bar Admissions | Admission Date | Bar Number | Status |
|---|---|---|---|
| District of South Carolina | 08/06/13 | 11664 | Good Standing |
| District of Colorado | 04/15/20 | N/A | Good Standing |
| Northern District of Illinois | 05/18/20 | 101010 | Good Standing |
| Northern District of New York | 05/15/20 | 701818 | Good Standing |
| Western District of TX | 08/17/20 | 101010 | Good Standing |
| State of New Jersey | 11/22/22 | 369202022 | Good Standing |
| State of Kentucky | 12/18/20 | 99133 | Good Standing |